# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　)
　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　)　　Case No. 26-00080-01-CR-W-DGK
　　　　　　　　　　　　　　　　)
ORLIN RAFAEL CERRATO-AVILEZ,　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.　　　)

### MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 10, 2026, the Grand Jury returned a one-count Indictment charging Defendant with illegal reentry by a deported alien in violation of Title 8, United States Code, Section 1326(a).  (Doc. #1.)

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
　　　　Government: Michael Nichols
　　　　　　Case Agent: Special Agent Douglas Bemiss, Department of Homeland Security Investigations
　　　　Defense: Angela Williams
　　　　　　Investigation: Kendra Jackson

**CERTIFICATE OF COMPLIANCE:**  The Government and defense counsel have certified that each have produced all discovery in accordance with the deadlines established in the Arraignment and Discovery Order and have timely complied with all pretrial filing deadlines established by the Scheduling and Trial Order up to the date of the pretrial conference.

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
　　　　Government: 2-3 with stipulations; 2-3 without stipulations
　　　　Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**
　　　　Government: approximately 5 exhibits
　　　　Defendant: approximately no more than 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
(X) Definitely for trial; (   ) Possibly for trial; (   ) Likely a plea will be worked out

**TRIAL TIME:  no more than 1½ days total**
Government's case including jury selection: 1 day
Defendant: 1/2 day

**STIPULATIONS**: None

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:** The parties are reminded of the following pretrial filing deadlines as originally set forth in the Scheduling and Trial Order (Doc. #19):

**Witness and Exhibit Lists: Due no later than fourteen days prior to trial.**

Please note: Counsel are requested to list witnesses in alphabetical order on their witness list.

**Motion in Limine: Due no later than fourteen days prior to trial.**

**Stipulations: Due no later than fourteen days prior to trial.**

**Additionally, Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions are due no later than seven days prior to trial.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket set for April 20, 2026.

Normal jury panel: **Yes**

**Please note:**  The parties are available either week.

**IT IS SO ORDERED.**

 */s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge

2